

Via ECF Filing  
Honorable Philip M. Halpern  September 1, 2023  
United States District Court  
Southern District Of New York  
300 Quarropas Street  
White Plains, New York 10601  

          Re:  Iniguez v. Diaz Iron Works, et. al.  
              Case No.: 1:22-cv-05428-BMC  

Dear Judge Philip M. Halpern:

    I was recently engaged to represent Defendants Diaz Iron Works. and Carlos Diaz in the above entitled action and cordially request an extension of time to file a response to the Plaintiff's Complaint by September 26, 2023.  Service has only been made on Diaz Iron Works on July 12, 2023, whose Answer was due on August 2, 2023.  I have contacted Plaintiff's counsel who has consented to this extension.

    This is the first extension request in this matter.  I thank your honor for the time taken to review this request.

Application granted on consent of the parties.

The Clerk of Court is respectfully requested to terminate the motion sequence pending at Doc. 8.

SO ORDERED.

_____  
Philip M. Halpern  
United States District Judge

Dated:  White Plains, New York  
        September 5, 2023

Respectfully submitted,

/s/ Mitchell Segal  
_____  
    Mitchell Segal

Long Island Office  
1129 Northern Boulvard, Suite 404, Manhasset, N.Y. 11030

New York City Office  
137 Fifth Avenue, 9th Floor, New York, N.Y. 10010

msegal@segallegal.com | (212) 388-9444 | (516) 415-0100 | 800-700-CASE | (516) 706-6631 | www.segallegal.com