UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDGAR INIGUEZ, on behalf of himself and all other persons similarly situated,

                Plaintiff,

-against-

DIAZ IRON WORKS, and CARLOS DIAZ,

                Defendants.

**ORDER**

23-CV-05719 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. (Doc. 13). Any pending motions are DISMISSED as moot, and all conferences are CANCELED. Accordingly, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the parties shall prepare a joint statement explaining the basis for the proposed settlement, including any provision for attorney fees, and why it should be approved as fair and reasonable. The parties are directed to file their *Cheeks* submission, including the settlement agreement, joint statement, and proposed order, by **December 4, 2023 at 5:00 p.m**.

SO ORDERED:

Dated: White Plains, New York
       November 14, 2023

_____
PHILIP M. HALPERN
United States District Judge