UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDGAR INIGUEZ, on behalf of himself and all other persons similarly situated,

                Plaintiff,

-against-

DIAZ IRON WORKS, and CARLOS DIAZ,

                Defendants.

**ORDER**

23-CV-05719 (PMH)

PHILIP M. HALPERN, United States District Judge:

On November 14, 2023, the Court directed the parties to, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), prepare a joint statement explaining the basis for the proposed settlement, including any provision for attorney fees, and why it should be approved as fair and reasonable, by December 4, 2023. (Doc. 14). The parties have not filed their *Cheeks* submission. Accordingly, the parties are directed to file their *Cheeks* submission, including the settlement agreement, joint statement, and proposed order, by **December 14, 2023 at 5:00 p.m**.

                                            SO ORDERED:

Dated:  White Plains, New York
           December 6, 2023

                                          PHILIP M. HALPERN
                                          United States District Judge