# THE SAMUEL LAW FIRM

ATTORNEYS

1441 BROADWAY – SUITE 608

PHONE: (212) 563-9884 | FAX: (212) 563-987

MICHAEL SAMUEL
michael@thesamuellawfirm.com

December

**Application granted.**

The Clerk of Court is respectfully requested to terminate the motion sequence pending at Doc. 16.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
December 14, 2023

**Via ECF**

The Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

*Re: Edgar Iniguez. v. Diaz Iron Works and Carlos Diaz*
**Case No. 7-23-cv-05719 (PMH)**

Dear Judge Halpern:

We represent Plaintiff Edgar Iniguez in the above-referenced matter and write jointly with Defendants pursuant to the Court's order dated December 6, 2023 (ECF 15).

The parties regret any delay in submitting the necessary documents related to the parties' comprehensive settlement and apologize to the Court for any resulting inconvenience. Counsel are engaged in finalizing settlement agreement language and *Cheeks* submissions, however our office has experienced delays during the past ten days due to the hospitalization of a family member of my colleague, Andrew D. Beresin.  Nonetheless, we anticipate being able to make the requisite filings no later than December 29, 2023.

We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions or require any additional information.

Respectfully submitted,

/s/ *Michael Samuel*
Michael Samuel, Esq.
THE SAMUEL LAW FIRM
*Attorneys for Plaintiff*

Cc:  Mitchell S. Segal, Esq. (via ECF)
       1129 Northern Blvd. – Suite 430
       Manhasset, NY 11030
       *Counsel for Defendants*

1