# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY – SUITE 60[...]

PHONE: (212) 563-9884 | FAX: (212) 563-98[...]

**MICHAEL SAMUEL**
michael@thesamuellawfirm.com

Decemb[er ...]

> Application granted.
>
> The Clerk of Court is respectfully requested to terminate the motion sequence pending at Doc. 18.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>       January 2, 2024

**Via ECF**

The Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

*Re: Edgar Iniguez. v. Diaz Iron Works and Carlos Diaz*
Case No. 7-23-cv-05719 (PMH)

Dear Judge Halpern:

    We represent Plaintiff Edgar Iniguez in the above-referenced matter and write with the consent of Defendants pursuant to the Court's order dated December 14, 2023 (ECF 17).

    The parties respectfully request an additional ten (10) days to submit the necessary documents related to the parties' comprehensive settlement and apologize to the Court for any resulting inconvenience. Counsel are still engaged in finalizing settlement agreement language and *Cheeks* submissions, and have experienced additional delays during the holiday period. We anticipate being able to make the requisite filings no later than January 8, 2023.

    We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions or require any additional information.

                                                   Respectfully submitted,

                                                 /s/ *Michael Samuel*
                                                 Michael Samuel, Esq.
                                                 THE SAMUEL LAW FIRM
                                                 *Attorneys for Plaintiff*

Cc: Mitchell S. Segal, Esq. (via ECF)
     1129 Northern Blvd. – Suite 430
     Manhasset, NY 11030
      *Counsel for Defendants*