UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDGAR INIGUEZ, on behalf of himself and all other persons similarly situated,

               Plaintiff,

-against-

DIAZ IRON WORKS, and CARLOS DIAZ,

               Defendants.

**ORDER**

23-CV-05719 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court is in receipt of the parties' *Cheeks* submission filed on January 8, 2024. (Doc 20). However, the settlement agreement attached to the submission as Exhibit A is not signed. Accordingly, the parties are directed to file a copy of the *executed* settlement agreement by **January 17, 2024 at 5:00 p.m**.

               SO ORDERED:

Dated:   White Plains, New York
         January 9, 2024

_____
PHILIP M. HALPERN
United States District Judge